IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN TROTTER                                                                                  PETITIONER
ADC #166875

V.                                    CASE NO. 5:19-CV-187-JM-BD

DEXTER PAYNE, Director,
Arkansas Department of Correction                                                         RESPONDENT

## ORDER

The Court has carefully reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. Petitioner Jonathan Trotter has not filed objections to the Recommendation.

After careful consideration, this Court adopts the Recommendation as its own. Mr. Trotter's petition for writ of habeas corpus (docket entry #2) is DENIED and DISMISSED, with prejudice.

IT IS SO ORDERED this 23rd day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE