## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JONATHAN TROTTER**                                         **PETITIONER**
**ADC #166875**

**V.**                     **CASE NO. 5:19-CV-187-JM-BD**

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**                        **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 23rd day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE